UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRI HASTINGS** | * | **CIVIL ACTION** |
| **Plaintiff** | * | **NO. 14-cv-00471** |
| versus | * | **JUDGE BRADY** |
| **DAVIDSON HOTEL COMPANY, LLC** | * | **MAGISTRATE RIEDLINGER** |
| | * | |
| **Defendant** | * | |

## ORDER OF DISMISSAL

**CONSIDERING** the Joint Motion to Dismiss filed by the parties herein;

**IT IS ORDERED** that the Motion is granted and this matter is hereby dismissed, with prejudice, each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on January 26, 2015.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**